KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

November 2, 2009

<u>Via Electronic Case Filing</u>

The Honorable Barbara B. Crabb
United States District Judge
U.S. District Court for the Western
 District of Wisconsin
120 North Henry Street
Madison, WI 53701-0432

    Re: *Ricoh Company, Ltd. v. Quanta Computer Inc., et al.*, Civ. Action No. 06-C-0462-C

Dear Judge Crabb:

    Pursuant to the Court's Final Pretrial Order (Docket No. 435), plaintiff Ricoh Company, Ltd. ("Ricoh") hereby respectfully informs the Court that it will not proceed at trial against NU Technology, Inc., or New Universe Technology, Inc. New Universe Technology, Inc., was never successfully served with the complaint and has not participated at all in the case.

    Moreover, Ricoh respectfully requests that Question 5 of the Court's planned voir dire questions be amended to add the names of the following people on Ricoh's witness list filed with the Court on October 9, 2009 (Doc. No. 359): David B. Gross, Masanobu Nishimiya, Tuviah E. Schlesinger, and Kuo Tung Chiang.

                                                        Sincerely,

                                                        J.C. Rozendaal
                                                        *Attorney for Ricoh Company, Ltd.*