KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 5, 2009

<u>Via Electronic Case Filing</u>

The Honorable Barbara B. Crabb
United States District Judge
U.S. District Court for the Western
 District of Wisconsin
120 North Henry Street
Madison, WI 53701-0432

    Re: *Ricoh Company, Ltd. v. Quanta Computer Inc., et al.*, Civ. Action No. 06-C-0462-C

Dear Judge Crabb:

    Plaintiff Ricoh submits this letter in response to the Court's order of November 4 (Docket No. 438).

    At the final pretrial conference on October 29, plaintiff Ricoh offered to drop defendant Quanta Computer USA ("QCA") from the case if the defendants would stipulate that facts known by QCA about its business are also known by QCA's parent company, defendant Quanta Computer, Inc. ("QCI"). (It is undisputed that QCA is a wholly owned subsidiary of QCI.) On November 2, Counsel for defendants declined so to stipulate. Accordingly, Ricoh is obliged, at least for the time being, to proceed against QCA at trial.

    Ricoh's offer to drop QCA from the case in exchange for a suitable stipulation remains open, and Ricoh remains committed to working with defendants to find ways to streamline the case, including by dropping parties where possible.

    Sincerely,

    J.C. Rozendaal
    *Attorney for Ricoh Company, Ltd.*