IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICOH COMPANY, LTD.,

    Plaintiff,

v.

QUANTA COMPUTER, INC., QUANTA
STORAGE, INC., QUANTA COMPUTER USA,
INC., NEW UNIVERSE TECHNOLOGY, INC.,
AND NU TECHNOLOGY, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-462-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice defendants NU Technology, Inc., New Universe Technology, Inc., and Quanta Computer USA, Inc. pursuant to Fed. R. Civ. P. 41.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Ricoh Company, Ltd., against defendant Quanta Storage, Inc., in the amount of $14,500,000.00 as compensation for defendants infringement of Ricoh U.S. Patent No. 5,063,552 and Ricoh U.S. Patent No. 6,661,755 from November 11, 2004 to November 9, 2009.

Approved as to form this 23d day of November, 2009.

_____
Barbara B. Crabb, District Judge

_____
Peter Oppeneer, Clerk of Court

11/24/09
Date