IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICOH COMPANY, LTD., <br> Plaintiff, <br> v. <br><br> QUANTA COMPUTER INC., <br> QUANTA STORAGE INC., <br><br> Defendants. | CIV. ACTION NO. 06-C-0462 <br><br> DEMAND FOR JURY TRIAL |

**ORDER VACATING JUDGMENT AND DISMISSING WITHOUT PREJUDICE
RICOH'S REQEUST FOR AN ONGOING ROYALTY**

The parties have advised the Court, by motion, that they have agreed to settle Ricoh's claim for past damages, which settlement supersedes the Court's Judgment of November 24, 2009, and that they have agreed upon an ongoing royalty rate and have resolved the dispute between the parties pursuant to the terms of a confidential Settlement Agreement that incorporates a License Agreement. Accordingly, it is hereby

**ORDERED** that the November 24, 2009 Judgment entered by this Court is vacated as provided in the Settlement Agreement, and Ricoh's request for an ongoing royalty rate is dismissed without prejudice, and it is hereby

**FURTHER ORDERED** that this Court retains jurisdiction over any disputes arising out of or relating to either the confidential Settlement Agreement or the License Agreement incorporated therein; and it is hereby

**FURTHER ORDERED** that the terms of this Joint Request for Dismissal and To Vacate Judgment, as well as the attached Settlement Agreement and incorporated License Agreement, shall be deemed confidential under the previously granted protective order.

**FURTHER ORDERED** that each side shall bear its own costs, expenses, and attorneys' fees.

Dated this 12th day of April, 2011.

*Barbara B Crabb*
The Honorable Barbara B. Crabb
United States District Judge
Western District of Wisconsin