IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICOH COMPANY, LTD.,

                Plaintiff,

    v.

QUANTA COMPUTER, INC.
and QUANTA STORAGE, INC.

                Defendants.

ORDER

06-cv-462-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order dated July 30, 2015, I directed the parties to show cause why all the filings in this case should not be unsealed. Dkt. #557. In response, plaintiff has submitted a list of documents that it believes should remain sealed. Dkt. #560. All of these are confidential license agreements or settlement agreements that plaintiff says were not introduced at trial or part of any decision by the court. Under these circumstances, I am persuaded that the documents may remain sealed. Accordingly, the clerk of court is directed to keep the documents listed in docket no. 560 sealed. The clerk is directed to UNSEAL all other sealed documents filed by the parties.

        Entered this 23d day of September, 2015.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge